ACCEPTED
01-15-00096-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 8:58:09 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00096-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

—————◆—————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/19/2015 8:58:09 AM

CHRISTOPHER A. PRINE
Clerk

### No. 1452387
In the 337th District Court
Of Harris County, Texas

—————◆—————

**JAMES WILLIS BEN**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

—————◆—————

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

—————◆—————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with the possession of more than four grams of cocaine committed on February 5, 2014 (CR – 9). He pled "not guilty" to the charge, and the case was tried to a jury (CR – 250). The jury found the appellant guilty and sentenced him to 35 years in prison on January 22, 2015 (CR – 250). The appellant filed notice of appeal that

same day, and the trial court certified that he had the right to appeal (CR – 249, 253).

2. The State's brief is due on May 20, 2015. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The record in this case is nearly 30 megabytes in length split over eight volumes and will take some time to process.

   b. The undersigned attorney researched and answered by email more than 50 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

   c. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

      (1)    In the Interest of B.D.S. v. The State of Texas
             No. 01-14-00762-CV
             Brief filed April 28, 2015

      (2)    Jose Vasquez v. The State of Texas
             No. PD-0078-15
             Brief on PDR filed May 12, 2015

      (3)    Antonio Perez v. The State of Texas
             No. 01-12-01001-CR
             PDR filed May 12, 2015

(4)       Johnathan Castaneda v. The State of Texas
           No. 01-14-00389-CR
           No. 01-14-00390-CR
           Brief filed May 18, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Thomas A. Martin
Attorney at Law
1018 Preston, Suite 500
Houston, TX 77002-1824
tmartin@justice.com

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  May 19, 2015